**Whitehead v Pine Haven Operating LLC**

2022 NY Slip Op 34685(U)

November 29, 2022

Supreme Court, Columbia County

Docket Number: Index No. E012022017995

Judge: Henry F. Zwack

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.